STATE v. PATRICK O'BRIEN and Others.[1]

April 12, 1901.

Nos. 12,545—(11).

**Order not Appealable.**

Action in the district court for Swift county against defendant O'Brien and his sureties to recover the penalty of a bond given to secure a license to sell intoxicating liquor. From an order, Qvale, J., denying defendants' application to have the complaint made more definite, defendants appealed. Appeal dismissed.

*John H. Ives*, for appellants.

*F. P. Olney*, County Attorney, for respondent.

PER CURIAM.

Appeal from an order denying a motion to make the complaint more definite and certain. Plaintiff's counsel claims the order is nonappealable and moves to dismiss. In American Book Co. v. Kingdom Pub. Co., 71 Minn. 363, 73 N. W. 1089, we expressly disapprove the rule laid down in Pugh v. Winona & St. P. R. Co., 29 Minn. 390, 13 N. W. 189, as to the appealability of such an order, and with a clear intimation that it would not be thereafter followed. We now expressly overrule the Pugh case, and hold that, as such an order relates to a matter of procedure and may be reviewed on an appeal from the judgment, if one is obtained against the defendants, it is not appealable under our statute. The appeal is dismissed, but without statutory costs.

Appeal dismissed.

[1] Reported in 85 N. W. 1135.